NO. 07-11-0394-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL C

 JANUARY 26, 2012

 ______________________________

 TEXAS MUTUAL INSURANCE COMPANY, APPELLANT

 V.

 CHRIS MCCALL, APPELLEE

 _________________________________

 FROM THE 237[TH] DISTRICT COURT OF LUBBOCK COUNTY;

 NO. 2008-544,251; HONORABLE LES HATCH, JUDGE

 _______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
 Pending before this Court is Texas Mutual Insurance Companys Motion to Dismiss Appeal in which it represents it no longer wishes to pursue this appeal. The Certificate of Conference reflects that Appellee, Chris McCall, is not opposed to the motion. Without passing on the merits of the case, the motion is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.1(a)(1). Having dismissed the appeal at the request of Texas Mutual Insurance Company, no motion for rehearing will be entertained and our mandate will issue forthwith. There being no agreement in the motion regarding costs, pursuant to Rule 42.1(d) of the Texas Rules of Appellate Procedure, all costs are taxed against Texas Mutual Insurance Company.
 Patrick A. Pirtle
 Justice